# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARACELI A. LABASAN, *et al*.,

    Plaintiffs,

v.

COUNTRYWIDE MORTGAGE VENTURES, LLC , *et al*.,

    Defendants.

Case No. 2:09-CV-02315-KJD -LRL

**ORDER**

    Before the Court is the Motion to Dismiss of Defendants ReconTrust Company, N.A., Bank of America, N.A., Mortgage Electronic Registration Systems, Inc. And Coutnrywide Mortgage Ventures, LLC (collectively "Defendants") (#33).

    This Motion was filed on April 5, 2011.  No opposition has been filed.  On May 2, 2011 Defendants filed a Notice requesting the Court grant their motion pursuant to Local Rule 7-2(d) (#36).   Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion."

    Accordingly, **IT IS HEREBY ORDERED THAT** the Motion to Dismiss of Defendants (#33) is **GRANTED**.

    DATED this 12th day of August 2011.

                                                              Kent J. Dawson
                                                              United States District Judge