J. Christopher Jorgensen (SBN 5382)
E-mail:cjorgensen@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARACELI A. LABASAN AND PERCY A. LABASAN,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE MORTGAGE VENTURES, LLC dba MCH MORTGAGE; RECONTRUST COMPANY, N.A.; BANK OF AMERICA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br><br>Defendants. | Case: 2:09-cv-02315-KJD-LRL<br><br>[Proposed]<br>**ORDER CANCELING LIS PENDENS** |

Defendants Countrywide Mortgage Ventures, LLC, ReconTrust Company, N.A., Bank of America and Mortgage Electronic Registration Systems, Inc. ("Defendants") filed a Motion for Order Canceling Lis Pendens on October 8, 2014 (Dkt. #39). Plaintiffs Araceli and Percy Labasan ("Plaintiffs") did not file any opposition.

The Court finds that Plaintiffs recorded a Notice of Pendency of Action ("Lis Pendens") on or about October 19, 2009 in Book No. 20091019 as Instrument No. 0003995 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as Exhibit "A."

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

5051244_1

1.     IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged; and

2.     IT IS FURTHER ORDERED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens; and

3.     IT IS FURTHER ORDERED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

ENTERED this 28th day of October, 2014.

By_____
DISTRICT COURT JUDGE

Submitted by:

LEWIS ROCA ROTHGERBER LLP

By:_____
J. CHRISTOPHER JORGENSEN
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
*Attorneys for Defendants*

EXHIBIT A

Inst #: 200910190003995
Fees: $17.00
N/C Fee: $0.00
10/19/2009 03:52:50 PM
Receipt #: 98361
Requestor:
LAW OFFICES OF MARILEE A RYAN LLC
Recorded By: KXC   Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

(U)

APN# _177-14-712-008_
11-digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

_Notice of Pendency_
_of Action_
**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

Recording Requested By:
_Marilee A. Ryan, Esq_

Return Documents To:
Name _Law Offices of Marilee A. Ryan, LLC_
Address _6130 Elton Ave. Ste. 115_
City/State/Zip _Las Vegas, NV 89107_

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CCOR_Coversheet.pdf – 06/06/07

FILE COP

1  RECORDING REQUESTED by Attorney for Plaintiff, Marilee A. Ryan, Esq. and when
2  RECORDED MAIL TO:
3  LAW OFFICES OF MARILEE A. RYAN, LLC
   6130 Elton Avenue, Suite 115
4  Las Vegas, Nevada 89107
   *Attorney for Plaintiff*
5

FILED
OCT 19 2009
CLERK OF COURT

7  Space above this line for Recorder's Use

8  DISTRICT COURT

9  CLARK COUNTY, NEVADA

11  ARACELLI A. LABASAN and
12  PERCY A. LABASAN

    Case No: A09601870-C
13  Dept: 11

14              Plaintiffs,

15                                          NOTICE OF
16                                       PENDENCY OF ACTION

17                                       NRS 14010 Et. Seq.

18  v.
    COUNTRYWIDE MORTGAGE
19  VENTURES, LLC dba MCH MORTGAGE;
    RECONSTRUST COMPANY, N.A.; BANK OF
20  AMERICA; MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC.; DOES I-X,
21  and ROE CORPORATIONS XI-XX, inclusive

22              Defendants.

24              NOTICE OF PENDENCY OF ACTION

25
    1. Notice is given that the above-entitled action was filed in the above entitled court on
26
    October 16, 2009 by PERCY A. LABASAN, ARACELLI A. LABASAN and, Plaintiffs, by
27
    and through their attorney of record, Law Offices of Marilee A. Ryan, LLC against
28
                                - 1 -
                    NOTICE OF PENDENCY OF ACTION

```
 1  COUNTRYWIDE MORTGAGE VENTURES, LLC dba MCH MORTGAGE;
 2  RECONSTRUST COMPANY, N.A.; BANK OF AMERICA; MORTGAGE ELECTRONIC
 3  REGISTRATION SYSTEMS, INC.; DOES I-X, and ROE CORPORATIONS XI-XX,
 4  inclusive, Defendants. The action affects the title to a specific parcel of Real Property and the
 5  right to lawful possession of the same, the property location is located at located at 2004 Tanner
 6  Valley Circle Las Vegas, Nevada 89123.
 7          PARCEL 1: LOT EIGHT (8) OF CONCORDIAS HIDDEN CREST IV, AS SHOWN
 8          BY MAP THEREOF ON FILE IN BOOK 127 OF PLATS, PAGE 67, IN THE OFFICE
 9          OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. RESERVING
10          THEREFROM EASEMENT FOR PRIVATE CSTREET AND COMMON AREAS AS
11          SHOWN AND DELINEATED ON SAID MAP.
12          PARCEL 2: AN EASEMENT FOR INGRESS AND EGRESS OVER PRIVATE
13          STREETS AND COMMON AREAS AS SHOWN AND DELINEATED ON SAID
14          MAP. APN: 177-14-712-008
15
16          And which is identified in the complaint in this action. The property affected by the
17  action is located in the County of Clark, Nevada. The nature of the claims are (i) Defendants
18  Lack Standing to Conduct or Enforce Non-Judicial Foreclosure; (ii) Fraudulent
19  Misrepresentation (iii) Fraudulent Concealment; (iv) Usury and Fraud; (v) Unconscionability;
20  (vi) Unjust Enrichment and Civil Conspiracy; and (vii) Quiet Title.
21  Dated: October 16, 2009
22
23
24                                          /s/ Marilee Ryan
25                                          MARILEE A. RYAN, ESQ.
                                            Nevada Bar No. 7502
26                                          Law Offices of Marilee A. Ryan, LLC
27                                          Las Vegas, Nevada 89107
                                            Attorney for Plaintiff
28
                               - 2 -
                    NOTICE OF PENDENCY OF ACTION
```

## ACKNOWLEDGEMENT

Before me a notary public in and for the County of Clark, State of Nevada personally appeared; MARILEE A RYAN, ESQ. who upon satisfactory proof shown to me established that she was the party who signed the foregoing complaint.

Dated this October __16__, 2009

_____
Notary Public in and for said County and State


Notary Public - State of Nevada
County of Clark
RONALD O. QUILANG
My Appointment Expires
February 25, 2012